JOSHUA J. TOWLE, Respondent, *v.* THE SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant.

(Submitted May 4, 1887; decided June 7, 1887.)

*C. D. Murray* for appellant.

*Walter L. Sessions* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.